NICHOLS *against* WILSON and others.

Where an injunction had been granted, on a bill to stay a sale under
a power in a mortgage, a few days before the expiration of the *six
months*, it was dissolved after answer, on terms: viz. giving six weeks
further notice of the time and place of sale, and a reference, in the
mean time, to the master to ascertain the balance due, &c.

BILL to stay the proceeding to sell under a power con-
tained in a mortgage, upon a charge that considerable pay-
ments have been made, and were not credited or allowed, and
that, by a parol agreement, when the mortgage was taken,
the time of payment was enlarged. An injunction was al-
lowed at the expiration nearly of the six months, on a depo-
sit of a sum sufficient to meet the expenses of advertising,
&c.

The answer admitted some payments, and denied others.
It denied, also, the parol agreement, and averred that the
land was a slender security for the debt, &c.

A motion was now made to dissolve the injunction.

*J. L. Billings*, for the motion.

*D. Russel*, contra.

*Per Curiam*. The motion is granted upon terms, viz.
that six weeks further notice be given by the defendants, of
the time and place of sale, and that, in the mean time, a re-
ference be had to compute the balance due, and that the
master give notice to the solicitor for the plaintiff, of the
time and place of such inquiry, and that on the payment or
tender of the balance, so to be ascertained, together with
the costs of proceeding under the power, and the costs of

this suit, no sale be had; and, *further*, that no sale be had until the balance shall have been thus ascertained.

The injunction was allowed in *May* last, and within a few days of the expiration of the six months, and it would produce unreasonable delay, to compel the defendants to renew an advertisement for six months. A short additional notice, under the direction of this court, will satisfy the ends of justice, and of the statute, as this court is now in possession of the cause, at the instance of the mortgagor. Six weeks further notice, in connection with the six months already given, will answer all the beneficial purposes of notice, as it respects the plaintiffs, who may want time to redeem, and as it respects the public, who may want an opportunity to buy.

Order accordingly.